384 A.2d 996

Fragle v. Fragle, Appellant.

Argued November 16, 1977. Henry E. Sewinsky, with him Rodgers, Marks & Perfilio, for appellant; William Madden, with him Francis J. Fornelli, for appellee.

Decree affirmed.

384 A.2d 996

Gavorchik, et ux. v. Heffern, et ux., Appellants.

Argued November 17, 1977. Thomas P. Ruane, Jr., for appellants; William J. Franks, for appellees.

Judgment affirmed.